# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MATY SENE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1331  JJF |
| | ) | |
| MBNA AMERICA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This _____ day of _____, 2005, the Court having considered Defendant's Motion for Leave to File a Supplemental Brief in Response to Plaintiff's Failure to Comply with Fed. R. Civ. P. 4(m).

IT IS ORDERED THAT:

Defendant's motion is GRANTED and Defendant may file its supplemental brief forthwith.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on **March 8, 2005**, I electronically filed a true and correct copy of **Order** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

| | |
|---|---|
| Tshaka H. Lafayette, Esquire<br>Lafayette Chisholm Talmadege & Jackson, P.C.<br>The Stephen Girard Building<br>21 South 12th Street<br>Suite 1050<br>Philadelphia, PA  19107 | Kester I. H. Crosse, Esquire<br>Williams & Crosse<br>1214 King Street, Suite 300<br>Wilmington, DE  19801 |

I further certify that on March 8, I caused a copy of **Order** to be served on the following counsel of record:

| | |
|---|---|
| Tshaka H. Lafayette, Esquire<br>Lafayette Chisholm Talmadege & Jackson, P.C.<br>The Stephen Girard Building<br>21 South 12th Street - Suite 1050<br>Philadelphia, PA  19107 | Kester I. H. Crosse, Esquire<br>Williams & Crosse<br>1214 King Street, Suite 300<br>Wilmington, DE  19801 |
| **BY UNITED STATES FIRST CLASS MAIL** | **BY HAND DELIVERY** |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Scott A. Holt, Esquire (Del. No. 3399)
The Brandywine Building
1000 West Street, 17th Floor, P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6623
sholt@ycst.com
Attorneys for Defendant

DATED:  March 8, 2005