```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF DELAWARE
```

MATY SENE,                          :
                                    :
            Plaintiff,              :
                                    :
      v.                            :   Civil Action No. 04-1331-JJF
                                    :
MBNA AMERICA, INC.,                 :
                                    :
            Defendant.              :
                                    :

## ORDER

At Wilmington this 20th day of September 2005, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that Defendant's Motion To Dismiss (D.I. 4) is **GRANTED**.

                                    _____
                                    UNITED STATES DISTRICT JUDGE