UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MATY SENE,                        :
                                  :
           Plaintiff,             :
                                  :
     v.                           :   Civil Action No. 04-1331-JJF
                                  :
MBNA AMERICA, INC.,               :
                                  :
           Defendant.             :
                                  :

### ORDER

WHEREAS, Plaintiff filed an unopposed Motion For Leave To File Brief Out Of Time (D.I. 11);

NOW THEREFORE IT IS HEREBY ORDERED that Plaintiff's Motion For Leave To File Brief Out Of Time is **GRANTED**.

September 20, 2005                    *Joseph J. Farnan Jr.*
                                      UNITED STATES DISTRICT JUDGE