# *Alassane Maty Sene*
*Senior Economist - Consultant*

---

1719 West 4th Street, Wilmington Delaware 19805 (302) 428-0613 Email: matysene07@aol.com

November 30, 2005

Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE 19801

Re: Case # 1:04-cv-01331-JJF

Your Honor,

Please accept my formal request for a motion to re-open my case due to an extraordinary circumstance: my former attorney's admission of incompetence and negligence in his handling of my case which resulted in several gross mistakes including devastating late filings. I have attached a copy of his mail dated September 21, 2005 as evidence.

I am currently attempting to repair the damages caused to my case. As an American Citizen and proud resident of Delaware, I cherish the rights that we all possess to be heard and have a fair representation by a competent attorney. Your Honor, may I urge you to please consider re-opening my case so that due process can take place?

I thank you very much for your kind consideration in this matter.

Respectfully,

Maty Sene

Enc.

FILED
NOV 30 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE