IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MATY SENE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1331 JJF |
| | ) | |
| MBNA AMERICA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This _____ day of _____, 2005, the Court having considered Plaintiff's Motion to Re-Open this Case,

IT IS ORDERED THAT:

Plaintiff's motion is DENIED.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on **December 12, 2005**, I electronically filed a true and correct copy of the **Proposed Order** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>  Kester I. H. Crosse, Esquire
>  Williams & Crosse
>  1214 King Street, Suite 300
>  Wilmington, DE 19801

I further certify that on December 12, 2005, I caused a copy of the **Proposed Order** to be served on the following:

| | |
|---|---|
| Tshaka H. Lafayette, Esquire<br>Lafayette Chisholm Talmadege & Jackson, P.C.<br>The Stephen Girard Building<br>21 South 12th Street - Suite 1050<br>Philadelphia, PA 19107 | Kester I. H. Crosse, Esquire<br>Williams & Crosse<br>1214 King Street, Suite 300<br>Wilmington, DE 19801 |
| Mr. Maty Sene<br>1719 West 4th Street<br>Wilmington, DE 19805 | **BY HAND DELIVERY** |

**BY UNITED STATES FIRST CLASS MAIL**

>  YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>  /s/
>  _____
>  Scott A. Holt, Esquire (Del. No. 3399)
>  The Brandywine Building
>  1000 West Street, 17th Floor, P.O. Box 391
>  Wilmington, Delaware 19899-0391
>  (302) 571-6623
>  sholt@ycst.com
>  Attorneys for Defendant

DATED: December 12, 2005